811 F.2d 1264
 UNITED STATES of America, Plaintiff-Appellant-Cross-Appellee,
v.
AUTHOR SERVICES, INC., Defendant-Appellee, Cross-Appellant.
 Nos. 85-6194, 85-6195.
 United States Court of Appeals,
Ninth Circuit.
 March 3, 1987.
 
 1
 Department of Justice, John Dudeck and Michael L. Paup, Chief, Appellate Section, Washington, D.C., for plaintiff-appellant.
 
 
 2
 Michael L. Hertzberg, New York City and Lenske, Lenske & Heller, Stephen A. Lenske, Woodland Hills, Cal., for defendant-appellee.
 
 
 3
 Before TANG and BRUNETTI, Circuit Judges, and JAMESON,* District Judge.
 
 ORDER
 
 4
 The opinion issued December 1, 1986, 804 F.2d 1520, is amended as follows:
 
 
 5
 Slip op. at 9, lines 10-11 [p. 1525, 1st col. lines 11, 12]: Change the citation to United States v. Barrett to 804 F.2d 1376, 1378 (5th Cir.1986).
 
 
 6
 Slip op. at 10, lines 22-25 [p. 1525, 2d col. lines 28-32]: Change to read:
 
 
 7
 Texas Heart Institute, 755 F.2d at 481; Barrett, 804 F.2d at 1378. We believe the Texas Heart rule to be sound and applicable to the facts of this case.
 
 
 
 *
 Honorable William J. Jameson, Senior United States District Judge, District of Montana, sitting by designation